No. 4761.—RAMÍREZ, aplte *v.* YUMET, apldo.— C. D. Aguadilla. Nov. 14, 1928. Vistas las dos mociones sobre desestimación de apelación radicadas por el demandado y apelado, las certificaciones acompañadas a las mismas y la oposición de la parte demandante y apelante, y apareciendo que esta última parte no radicó en la corte de

distrito la transcripción de la evidencia dentro del término fijado para ello; que el nuevo término concedídole posteriormente por la corte inferior fué en exceso de la facultad y de la jurisdicción de dicha corte, según la jurisprudencia ya establecida por una mayoría de este tribunal, y que hasta la fecha el apelante no ha radicado en la secretaría de esta corte ninguna transcripción de autos, a pesar del tiempo transcurrido, se declaran con lugar las citadas mociones y en su consecuencia se desestima el recurso de apelación interpuesto contra la sentencia dictada por la Corte de Distrito de Aguadilla en el caso arriba titulado.